UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 3:22-cv-01022-K |
| JOHN DOE subscriber assigned IP address 97.99.111.47, | § § § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 97.99.111.47, are voluntarily dismissed with prejudice.

Dated: September 1, 2022          Respectfully submitted,

By:  /s/ Paul S. Beik
        Paul S. Beik
        Beik Law Firm PLLC
        917 Franklin Street, Suite 220
        Houston, Texas  77002
        Tel: (713) 869-6975
        Fax: (713) 583-9169
        paul@beiklaw.com
        www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**